# MALANEY v. LADURA CONSOLIDATED MINES COMPANY.

(Decided July 2, 1914.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

BAUGH & EMERSON, for appellant. STALLINGS, NESMITH, HUNT & JUDGE, for appellee.

SOMERVILLE, J.—Affirmed for want of assignment of errors.

ANDERSON, C. J., MAYFIELD and GARDNER, JJ., concur.